**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF E.G.B. | : | No. 385 WAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: S.A.B. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.